■■■■■■■■■■

APRIL 29, 1963.

■■■■■■

No. 164. JACOBELLIS v. OHIO. Appeal from the Supreme Court of Ohio. (Probable jurisdiction noted, 371 U. S. 808.) Argued March 26, 1963. This case is restored to the calendar for reargument. *Ephraim London* argued the cause for appellant. With him on the briefs were *Martin Garbus* and *Bennet Kleinman. John T. Corrigan* argued the cause and filed a brief for appellee. *Bernard A. Berkman, Jack G. Day* and *Melvin L. Wulf* filed a brief for the American Civil Liberties Union et al., as *amici curiae,* urging reversal. ■■■■■■

■■■■■■

■■■■■■■■■■

No. 907. SIMPSON v. UNION OIL CO. OF CALIFORNIA. C. A. 9th Cir. Certiorari granted. *Maxwell Keith* for petitioner. *Moses Lasky* for respondent. ■■■■■■

■■■■■■

No. 812. SMITH v. CALIFORNIA. Appellate Department, Superior Court of California, County of Los Angeles. Certiorari granted. *Stanley Fleishman* and *Sam Rosenwein* for petitioner. *Roger Arnebergh, Philip E. Grey* and *Wm. E. Doran* for respondent. *Nathan L. Schoichet, A. L. Wirin* and *Fred Okrand* for the American Civil Liberties Union of Southern California, as *amicus curiae,* in support of the petition. *Edward de Grazia* for Allen et al., as *amici curiae,* in support of the petition.